**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Paulino FLORES–DELGADO,
Defendant—Appellant.**

No. 04–30343.

D.C. No. CR–04–02035–LRS.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 11, 2005.*

Decided Oct. 18, 2005.

James P. Hagarty, Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Nicholas W. Marchi, Carney & Marchi, P.S., Seattle, WA, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW and TALLMAN, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

MEMORANDUM**

Paulino Flores–Delgado appeals the 41–month sentence imposed following his guilty plea conviction for being an alien found in the United States after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We conclude from the district court's comments at Flores–Delgado's sentencing hearing that there is "a reasonable probability that he would have received a different sentence had the district judge known that the sentencing guidelines were advisory." *See United States v. Ameline*, 409 F.3d 1073, 1078 (9th Cir.2005) (en banc). Accordingly, we vacate Flores–Delgado's sentence and remand for resentencing. *See United States v. Beaudion*, 416 F.3d 965, 970 (9th Cir.2005).

**VACATED and REMANDED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.